UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** | **5:17-MJ-00094-01** |
| VS. | | |
| **HERLIN JEOVANNI PORTILLO-GOMEZ** | **JUDGE:** | **HORNSBY** |

**MINUTES OF COURT:**
*Initial Appearance*

| | | |
|---|---|---|
| Date: | August 18, 2017 | Presiding: Magistrate Judge Hornsby |
| Court Opened: | 11:15 a.m. | Courtroom Deputy: Suzanne Delgado |
| Court Adjourned: | 11:45 p.m. | Court Reporter: LCR Courtroom 3 |
| Statistical Time: | 00:30 | |

**APPEARANCES**

1. Tiffany Fields, AUSA                            for United States of America
2. J. Antonio Florence, CJA Appointed counsel     for Herlin Jeovanni Portillo-Gomez
3. Herlin Jeovanni Portillo-Gomez, Defendant

**PROCEEDINGS**

**INITIAL APPEARANCE** *on Criminal Complaint:*

The defendant admitted his identity and was advised of the charge and of his constitutional rights and consular notification provided.

**COUNSEL:**

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent Defendant or to recommend counsel to represent Defendant in all further proceedings.

The court granted Mr. J. Antonio Florence's oral motion to be enrolled as appointed counsel through the Office of the Federal Defender for defendant.

**PRELIMINARY EXAMINATION:**

Defendant waived his right to a preliminary examination and detention hearing at this time, reserving his right to request a hearing on bond if his circumstances change. The defendant is remanded to the custody of the U. S. Marshal pending further proceedings. An order of detention pending trial is filed herewith.

**ARRAIGNMENT:**

This matter will be presented to the Grand Jury at its next session. Further proceedings or arraignment will be held on **August 29, 2017 at 4:00 p.m.** before Magistrate Judge Hornsby.