UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  5:17-cr-00221 |
| | * | |
| | * | |
| VERSUS | * | 8 U.S.C. § 1324(a)(1)(A)(iv) |
| | * | |
| | * | DISTRICT JUDGE HICKS |
| HERLIN JEOVANNI PORTILLO-GOMEZ | * | MAGISTRATE JUDGE HORNSBY |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**Encouraging Illegal Entry**
**[8 U.S.C. § 1324(a)(1)(A)(iv)]**

Beginning on or about November 2016 and continuing through on or about August 2017, in the Western District of Louisiana and elsewhere, the defendant, HERLIN JEOVANNI PORTILLO-GOMEZ, did encourage and induce aliens, namely, F.P.F. and H.P.G., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv). [8 U.S.C. § 1324(a)(1)(A)(iv)].

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ Tiffany E. Fields*
TIFFANY E. FIELDS, AR Bar No. 2012221
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
Telephone: (318) 676-3600