RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 8/29/17
      Smd

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 17-CR-221-01 |
| | * | |
| VERSUS | * | DISTRICT JUDGE HICKS |
| | * | |
| HERLIN JEOVANNI PORTILLO-GOMEZ | * | MAGISTRATE JUDGE HORNSBY |

## CONSENT TO PLEAD BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION

The above-captioned United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

I hereby waive (give up) my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge, who will provide a report and recommendation to the District Judge.

I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

I understand that pursuant to 28 U.S.C. § 636, the parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation. I hereby waive (give up) the fourteen (14) day objection period so

that the District Judge may immediately adopt the report and recommendation, thereby accepting my guilty plea, and set a sentencing date.

_____  Date: 8-29-2017
Herlin Jeovanni Portillo-Gomez
Defendant

_____  Before: _____
J. Florence                              Mark L. Hornsby
Counsel for Defendant                    United States Magistrate Judge