UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**  CASE NO.  5:17-cr-00221-01
**VS.**  JUDGE: HICKS
**HERLIN JEOVANNI PORTILLO-GOMEZ**  MAGISTRATE JUDGE: HORNSBY

**MINUTES OF COURT:**
*Initial Appearance and Arraignment*

| Date: | August 29, 2017 | Presiding: Magistrate Judge Hornsby |
| Court Opened: | 04:00 p.m. | Courtroom Deputy: Suzanne Delgado |
| Court Adjourned: | 05:30 p.m. | Court Reporter: Marie Runyon |
| Statistical Time: | 01:30 | |

**APPEARANCES**

| 1. Tiffany Fields, AUSA | for | United States of America |
| 2. J. Antonio Florence, CJA Appointed counsel | for | Herlin Jeovanni Portillo-Gomez |
| 3. Laura Addington, Spanish Interpreter | for | Herlin Jeovanni Portillo-Gomez |
| 4. Herlin Jeovanni Portillo-Gomez, Defendant | | |

**PROCEEDINGS**

**ARRAIGNMENT:**

The defendant, under oath, consented to the entry of a felony guilty plea before the magistrate judge who finds that the record adequately establishes a factual basis for the plea of guilty to Count One of the Bill of Information.

The court finds that after having been fully advised of his Rule 11 rights, the defendant understands the nature of the offenses charged and the maximum penalties, and has freely and voluntarily waived his right to a jury trial.

**ORAL REPORT AND RECOMMENDATION:**

Oral Report and Recommendation that the Court accept the guilty plea by the defendant and the defendant be adjudged guilty of the offense. Further recommended that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays. A written report and recommendation will follow.

<u>**5:17-cr-00221-01 USA VS. H. J. PORTILLO-GOMEZ   MINUTES CON'T.  PAGE 2 OF 2**</u>

A pre-sentence investigation is ordered, and sentencing is set for **December 6, 2017 at 2:30 p.m.** before Judge Hicks.  Sentencing memoranda (if any) must be submitted to chambers at least seven (7) days before sentencing.

**FILINGS:**

- signed plea agreement
- signed affidavit of understanding of maximum penalties and constitutional rights
- signed factual basis for guilty plea
- elements of the offense

- signed waiver of Indictment

- signed consent to proceed before the magistrate judge