**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA          CRIMINAL ACTION NO. 17-00221

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

HERLIN JEOVANNI PORTILLO-GOMEZ          MAGISTRATE JUDGE HORNSBY

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Bill of Information.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE