**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:17-CR-00221-01** |
| **VERSUS** | **JUDGE HICKS** |
| **HERLIN JEOVANNI PORTILLO-GOMEZ (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT IN LAFAYETTE**
Sentencing

| | | | |
|---|---|---|---|
| Date: | December 4, 2017 | Presiding: | Judge S. Maurice Hicks |
| Court Opened: | 4:00 P.M. | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 4:20 P.M. | Court Reporter: | Marie Runyon |
| Statistical Time: | 00:20 | | |

**APPEARANCES**

| | | |
|---|---|---|
| Tiffany E. Fields (AUSA) | For | United States of America |
| J. Antonio Florence (CJA) | For | Herlin Portillo-Gomez, Defendant |
| Herlin Portillo-Gomez, Defendant | | Defendant in Custody |
| Laura Addington | | Interpreter |

**PROCEEDINGS**

**PROCEEDINGS**:
Defendant and counsel advised the Court that they have read the Presentence Report
Defendant advised of right to appeal

The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report and its addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 8 months as to Counts One, with credit for time served from August 17, 2017.  **The Defendant is remanded to the custody of the U.S. Marshal.**

The U.S. Sentencing Commission has recommended that defendants with the possibility of deportation not be placed on supervised release.  Upon completion of his term of imprisonment, it is ordered that the defendant shall be transferred to the custody of Immigration and Customs Enforcement Agency (ICE) officials for deportation proceedings.  The defendant is ordered not to return to the United States illegally.

The Defendant was ordered to pay a special assessment of $100 to the Crime Victim Fund. No fine is ordered.

The Defendant is notified of the right to appeal. If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals. If Defendant wishes to appeal, the Federal Public Defender's Office is appointed to prosecute said Notice of Appeal.

Case 5:17-cr-00221-SMH-MLH Document 20 Filed 12/04/17 Page 2 of 2 PageID #: 36